# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MORA HERNANDEZ, individually and as Special Administrator of the Estate of Sergio Mora Hernandez; and KOTHAN MORA HERNANDEZ, a minor, by and through his Guardian Ad Litem, Irlanda Hernandez Echeverria,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, by and through the UNITED STATES POSTAL SERVICE; and ERICKA MARIE DOTSON, an individual,<br><br>Defendants. | Case No. 19cv1457 AJB-AGS<br><br>**ORDER GRANTING AMENDED PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM (FRCP § 17(c)(2))**<br><br>**(Doc. No. 6)** |

| | |
|---|---|
| 1 | PETITIONER, minor child KOTHAN MORA HERNANDEZ, by and through his mother, Irlanda Hernandez Echeverria, filed an amended petition for the appointment of a guardian ad litem. (Doc. No. 5.) |

PETITIONER, minor child KOTHAN MORA HERNANDEZ, by and through his mother, Irlanda Hernandez Echeverria, filed an amended petition for the appointment of a guardian ad litem. (Doc. No. 5.)

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). Rule 17 provides that "[t]he court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2).

The decision to appoint a guardian ad litem "must normally be left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986).

Petitioner Irlanda Hernandez Echeverria petitions the Court to appoint her as guardian ad litem to her minor child, Plaintiff KOTHAN MORA HERNANDEZ. Plaintiff KOTHAN MORA HERNANDEZ is a minor, born January 7, 2005. Petitioner states that she is the biological mother to Plaintiff KOTHAN MORA HERNANDEZ, and that she will represent his best interests and has no interests adverse to or in conflict with Plaintiff KOTHAN MORA HERNANDEZ.

Finding good cause, the Court grants the petition (Doc. No. 5) and appoints Irlanda Hernandez Echeverria guardian ad litem of KOTHAN MORA HERNANDEZ, a minor and plaintiff to this action.

**IT IS SO ORDERED.**

Dated: August 19, 2019

Hon. Anthony J. Battaglia
United States District Judge