# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MORA HERNANDEZ, individually and as Special Administrator of the Estate of Sergio Mora Hernandez; and KOTHAN MORA HERNANDEZ, a minor, by and through his Guardian Ad Litem, Irlanda Hernandez Echeverria,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, by and through the UNITED STATES POSTAL SERVICE; and ERICKA MARIE DOTSON, an individual,<br><br>Defendants. | Case No. 19-cv-1457-AJB (AHG)<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO ANSWER COMPLAINT** |

On October 4, 2019, the United States filed a Motion to Stay Entire Civil Action Pending Conclusion of Criminal Proceedings. [ECF No. 11]. On October 4, 2019, the United States also filed an Ex Parte Application for Order Extending Time to Answer Complaint. [ECF No. 12]. On October 7, 2019, Plaintiffs filed an Opposition to Defendant United States of America's Ex Parte Application for Order Extending Time to Answer Complaint. [ECF No. 13].

///

1

Having considered the moving papers and Plaintiffs' Opposition, and good cause appearing, this Court grants Defendant's Ex Parte Motion and extends the date by which the United States is obligated to Answer until 30 days after this Court rules on the Motion to Stay.

**IT IS SO ORDERED.**

Dated: October 15, 2019

_____
Hon. Anthony J. Battaglia
United States District Judge